UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CODEBREAKER FILMS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-2776 (TSC) |

## TWENTY-FIFTH JOINT STATUS REPORT

Plaintiff Codebreaker Films LLC ("Plaintiff") and Defendants, the U.S. Department of Justice, more specifically its component the Federal Bureau of Investigation ("FBI"), hereby submit the following Joint Status Report pursuant to the Court's Minute Order dated December 11, 2021, which requires the parties to submit a Joint Status Report every 60 days.

As previously reported, the FBI has identified approximately 39.5 hours of audio files in response to Plaintiff's Freedom of Information Act ("FOIA") request. Plaintiff has requested that the FBI process the entirety of these files and has provided four privacy waivers from third parties. Pursuant to the Court's Minute Order dated July 29, 2021, the FBI has been releasing non-exempt audio information at a processing rate of 60 minutes of audio files per month. Since the last joint status report was filed, the FBI released non-exempt audio information on March 1, 2024, and on April 1, 2024, at a processing rate of 60 minutes of audio per month. The FBI will continue to make releases of non-exempt audio files on or around the 1st of each month, at a monthly processing rate of 60 minutes per month, until completion of the production. As of April 2, 2024, there remain approximately 6 hours of audio files to be processed.

The parties shall file their next Joint Status Report on June 3, 2024, to update the Court on the progress of the processing of Plaintiff's FOIA request.

| | |
|---|---|
| Dated:   April 2, 2024 | Respectfully submitted, |
| */s/ Katie Townsend*<br>Katie Townsend<br>D.C. Bar No. 1026115<br>Email: ktownsend@rcfp.org | MATTHEW M. GRAVES,<br>D.C. Bar. #481052<br>United States Attorney |
| Adam A. Marshall<br>D.C. Bar No. 1029423<br>Email: amarshall@rcfp.org | BRIAN P. HUDAK<br>Chief, Civil Division |
| Gunita Singh<br>D.C. Bar No. 1601923<br>Email: gsingh@rcfp.org | *By: /s/ B. Kathryn Debrason*<br>B. Kathryn Debrason<br>PA Bar No. 321236<br>Assistant United States Attorney<br>601 D St., N.W.<br>Washington, D.C. 20530<br>(202) 815-8663<br>Kate.Debrason@usdoj.gov |
| REPORTERS COMMITTEE FOR<br>FREEDOM OF THE PRESS<br>1156 15th Street NW, Suite 1020<br>Washington, DC 20005<br>Phone: 202.795.9300<br>Facsimile: 202.795.9310 | *Attorneys for the United States of America* |
| *Counsel for Plaintiff* | |